JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JERRY PUTZ , an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.. SUCCESSOR BY MERGER WITH WELL FARGO BANK SOUTHWEST, N.A., FORMERLY KNOW AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOW AS WORLD SAVINGS, D/B/A, WELL FARGO HOME MORTGAGE; CAL-WESTERN RECONVEYANCE CORPORATION, a California Corporation and all persons or entities known claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: CV 14-7401-GW(FFMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Assigned to the Hon. George H. Wu] |

The Court having read the joint stipulation dismissal of plaintiff Jerry Putz and defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") (collectively the "parties"), and good cause showing:

IT IS HEREBY ORDERED:

Pursuant to the stipulation of the parties, the action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Dated: March 5, 2015

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Counsel for Plaintiff,*
*Jerry Putz:*

September J. Katje, Esq.
Alicia Nikkhoo, Esq.
CONSUMER LITIGATION LAW CENTER, APC
100 North Citrus St., Suite 408
West Covina, CA 91791

Tel: (800)787-5616 | Fax: (888) 909-7947
sk@consumerlitigationlawcenter.com
an@consumerlitigationlawcenter.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on March 3, 2015.

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |